IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BLESSOE WATSON**
**ADC #183919**                                                                                           **PLAINTIFF**

v.                                             No. 3:25-cv-12-JM

**CANARD, Nurse, Wellpath Infirmary, Grimes Unit;**
**CRYSTAL REED, Nurse, Wellpath Infirmary, Grimes**
**Unit; JASMINE HARRIS, Nurse, Wellpath Infirmary,**
**Grimes Unit; and Delgado, Nurse Wellpath Infirmary,**
**Grimes Unit**                                                                                          **DEFENDANTS**

## ORDER

The Court withdraws the reference. Mr. Watson's motion to voluntarily dismiss his complaint (Doc. 5) is GRANTED. Mr. Watson's complaint is dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3). The Clerk is instructed to close this case.

IT IS SO ORDERED this 30th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE