# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BLESSOE WATSON**
**ADC #183919**                                                              **PLAINTIFF**

v.                          No. 3:25-cv-12-JM

**CANARD, Nurse, Wellpath Infirmary, Grimes Unit;**
**CRYSTAL REED, Nurse, Wellpath Infirmary, Grimes**
**Unit; JASMINE HARRIS, Nurse, Wellpath Infirmary,**
**Grimes Unit; and Delgado, Nurse Wellpath Infirmary,**
**Grimes Unit**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE